BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for
 the United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12-CR-00296 LJO |
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING |
| v. | |
| | Date: May 13, 2013 |
| | Time: 8:30 |
| KORY ASHTON ORREN, | Ctrm: 4 |
| Defendant. | Hon. Lawrence J. O'Neill |

THE PARTIES HERETO HEREBY STIPULATE, through their respective attorneys of record, that their April 29, 2013 status conference scheduled to take place before Judge Oberto be vacated, and replaced with a change of plea hearing on May 13, 2013 before Judge O'Neill.

The parties base this stipulation on good cause. To explain, the parties have been diligently working toward a resolution of this case and have indeed filed a signed plea agreement earlier this morning. In light of these circumstances, it would save time and resources both for the parties and court to replace this Monday's status conference into a May 13, 2013

1

change of plea hearing, at a time to be determined by the district court.

BENJAMIN B. WAGNER
United States Attorney

Dated: April 25, 2013        By: Brian W. Enos
                             BRIAN W. ENOS
                             Assistant U.S. Attorney

                             (As auth. 4/25/13)

Dated: April 25, 2013         /s/ Marc J. Days
                             MARC J. DAYS
                             Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated: April 25, 2013         /s/ Lawrence J. O'Neill
                             HON. LAWRENCE J. O'NEILL
                             UNITED STATES DISTRICT JUDGE